George Pazman, appellant, v. Michael Broderick et al., appellees. Gen. No. 26,330.

Action for false arrest. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922.

Harry H. Felgar, for appellant. Samuel A. Ettelson and Rice & De Bartolo, for appellees; Alfred O. Erickson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Manuel Sultan, appellee, v. Horace M. Scott and Clara M. Scott, appellants. Gen. No. 26,368.

Action to recover commission for the sale of real estate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922.

Abbott, Hood & Smith, for appellants. John A. Irrmann, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Charles W. Seddon, appellant, v. E. R. Hibbard, appellee. Gen. No. 26,389.

Action, begun by attachment, for money paid for corporate stock which was not delivered. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922.

Donald H. Mann, for appellant. West & Eckhart, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

United States Fidelity & Guaranty Company, appellee, v. Sandoval Zinc Company, appellant. Gen. No. 26,408.

Action on an agreement to indemnify plaintiff by reason of his becoming surety on a bond for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Andalman & Cohen, for appellant. Zimmerman, Mack & Garrett, for appellee.

Mr. Justice Matchett delivered the opinion of the court.